FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
CHIEF STAFF ATTORNEY
MARGARET HUSSEY

9/16/2015 10:05:02 AM

PAM ESTES
Clerk

September 15, 2015

Ms. Janet Gates
Cherokee County District Clerk
Courthouse
P. O. Drawer "C"
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

**F I L E D**
AT_____ O'CLOCK _____ M.

SEP 16 2015

JANET GATES
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY_____DEPUTY

**RE:** Case Number:           12-14-00245-CR
          Trial Court Case Number:   19062

**Style:**   Justin Christian
          v.
          The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
          Katrina McClenny, Chief Deputy Clerk

C Mr. Allen W. Ross (DELIVERED VIA E-MAIL)
C Justin Christian
:  Ms. Deborah Dietson (DELIVERED VIA E-MAIL)

Mandate executed on __16th__ day of __Sept.__, 2015.

Brief explanation of action taken: _Mandate placed in scan file with notice to Judge_
_____ District County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van
Zandt and Wood Counties
www.12thcoa.courts.state.tx.us